UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTINA DECKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDIANAPOLIS DOWNS, LLC, )<br>)<br>Defendant. ) | CASE NO. 1:11-cv-1038-SEB-DKL |

## ORDER OF ADMINISTRATIVE CLOSURE

Defendant, Indianapolis Downs, LLC d/b/a Indiana Live! Casino, having filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code and Notice of Automatic Stay in Bankruptcy,

IT IS NOW ORDERED that this case is ADMINISTRATIVELY CLOSED without prejudice to the rights of any party to move to reopen it within 60 days following the completion of the bankruptcy action.

Dated: 08/22/2011

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Andrew Dutkanych III, Esq. - ad@bdlegal.com
Christopher S. Wolcott, Esq. - cwolcott@bdlegal.com
David L. Swider, Esq. – Dswider@boselaw.com
Jonathan L. Mayes, Esq. – Jmayes@boselaw.com

1964629/22454.0000